■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES L. RIVERS, Appellant. [903 NYS2d 298]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.

■ RUSSELL BARKER, Appellant, v MOBILE PALLET TRUCK, INC., Respondent. [901 NYS2d 896]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Pine and Gorski, JJ.

■ DAVID RYAN et al., Plaintiffs, and JESSICA RYAN, Respondent, v HECTOR B. SANTANA, M.D., et al., Appellants, et al., Defendants. [901 NYS2d 896]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Pine and Gorski, JJ.

■ WENDE MARRACINO et al., Respondents, v GARY J. ALEXANDER, D.D.S., et al., Appellants. [901 NYS2d 896]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Fahey and Green, JJ.